## AFFIDAVIT OF ATF SPECIAL AGENT JOHN MERCER

I, Special Agent John Mercer depose and state as follows:

1. I am a Special Agent with the federal Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). I have been an ATF Special Agent since 1990, and during that time I have been involved in investigations of violations of federal firearm and controlled substance laws. Currently, I am assigned to a group in the Boston Field Division of the ATF that, in part, works with other federal, state, and local police departments to investigate and prosecute violations of the federal firearms, explosives, and controlled substance laws.

2. Based on my training and experience as an ATF special agent, I am familiar with federal firearms and narcotics laws. In this regard, I know that it is a violation of 18 U.S.C. § 922(g)(1) for a person who has been convicted in a court of a crime punishable by imprisonment for a term exceeding one year to possess a firearm or ammunition which had traveled in interstate or foreign commerce. As set forth below, there is probable cause to believe that Rosnil Ortiz violated 18 U.S.C. § 922(g)(1) by possessing a firearm on or about May 28, 2022, in Revere, MA. In this regard, I know that Ortiz was convicted of violating 18 U.S.C. § 922(g)(1) in this District in December 2019. Ortiz subsequently received a sentence of 78 months' incarceration to be followed by 4 years of supervised release for this conviction and a separate consolidated case. Therefore, on May 28, 2022, Ortiz was a prohibited person under 18 U.S.C. § 922(g)(1) and not permitted under federal law to possess a firearm or ammunition.

3. On or about May 28, 2022, Revere Police Department officers were present at a club in Revere on a detail. At approximately 2:05 a.m. on that date, one of the officers responded to what appeared to be a conflict in the parking lot of the club. The officer observed what appeared

to be a large fight taking place. The officer announced his presence as a Revere Police officer and the fighting stopped. Multiple males began to run from the area of the fight. The officer ordered one of the males to stop as he was passing the officer. That individual was subsequently identified as Rosnil Ortiz. As the officer ordered Ortiz to stop, the officer grabbed Ortiz's arm. Ortiz responded by throwing a punch at the officer with his free hand. A struggle then ensued between the officer and Ortiz. During the struggle the officer gave multiple commands to Ortiz to stop resisting the officer. Ortiz was able to evade the officer and enter a black Volkswagen nearby. Ortiz got into the front seat area of the vehicle. The officer was able to open the front door of the vehicle and attempted to remove Ortiz from the vehicle. Another officer also accessed the vehicle at that time. The officers repeatedly instructed Ortiz to stop resisting. During the continuing altercation with Ortiz, the original officer observed Ortiz reach in between the middle console of the vehicle and the passenger side front seat. Ortiz grabbed a handgun. The original officer alerted the other officer verbally that Ortiz had a gun. The other officer was able to knock the handgun out of Ortiz's grasp and onto the front passenger side floor. The firearm was subsequently identified as a Smith & Wesson .380 caliber semi-automatic handgun (bearing serial number NLF5375), which was loaded with 8 rounds of .380 caliber ammunition. Based upon a records search, the firearm was reported stolen from Knoxville, Tennessee, in April 2022, prior to being recovered in Revere. In addition, based upon a review of the ammunition, based on my training and experience, the ammunition was not manufactured in Massachusetts. Therefore, both the firearm and ammunition traveled in interstate

    4.    The officers were able to incapacitate Ortiz and remove him from the vehicle. Ortiz was subsequently arrested. At the time of his arrest, Ortiz had approximately $6,000 in

United States currency on his person. An inventory search of the Volkswagen was conducted prior to it being towed from the location. Officers recovered a large plastic bag containing a substance consistent with marijuana. The substance weighed approximately one pound.

5. Based on the above, I believe that probable cause exists that on or about May 28, 2022, within the District of Massachusetts, Rosnil Ortiz violated 18 U.S.C. § 922(g)(1) by possessing a firearm as a prohibited person.

_____
JOHN MERCER
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to before me this 31st day of May, 2022.

_____
HON. JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE