UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROSNIL ORTIZ | No. 22-cr-10257 |

**DEFENDANT'S MOTION IN LIMINE TO SEQUESTER WITNESSES DURING TRIAL**

The defendant, Rosnil Ortiz, respectfully moves this Court to order that all witnesses be sequestered and instructed not to discuss their testimony with each other during the trial.

    Respectfully submitted,
    ROSNIL ORTIZ
    By his attorney

    */s/ Claudia Lagos*
    Claudia Lagos
    B.B.O. #681504
    Scully & Lagos
    101 Summer St.
    Boston, MA  02110
    Tel: 617-307-5055

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 17, 2024.

                                               */s/ Claudia Lagos*
                                               Claudia Lagos